UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MANUAL MOSES, ESQ. et al., :

: Plaintiff, :

-v.- :

U.S. DEPARTMENT OF JUSTICE, :

Defendant. :

---------------------------------------------------------------x

ORDER

26 Civ. 6475(LAK) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The Court assumes that the next step in this case should be the filing of a summary judgment motion by either the plaintiff or defendant or both. See, e.g., Bloomberg L.P. v. Bd. of Governors of Fed. Reserve System, 649 F. Supp. 2d 262, 271 (S.D.N.Y. 2009) ("Summary judgment is the preferred procedural vehicle for resolving FOIA disputes."); Families for Freedom v. U.S. Cust. and Border Protec., 797 F. Supp. 2d 375, 385 (S.D.N.Y. 2011) ("FOIA cases are generally and most appropriately resolved on motions for summary judgment."). Accordingly, the parties are to confer as to the schedule for the filing of any summary judgment motion and shall make a joint or separate proposals for a schedule by letter (or letters) filed on or before September 23, 2026.

If either side believes that a summary judgment motion is not the appropriate next step in this case, that party may so state in the letter to the Court and, after consulting with the other side to ascertain its position, may offer a proposal as to the appropriate next steps in this case.

SO ORDERED.

Dated: September 16, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge