Alvin C. Gordon, Esq.
GORDON LAW FIRM OF NEW YORK, LLP
236 West 26th Street, Suite 303
New York, NY 10001
Tel: (212) 766-2200 | Fax: (212) 766-2222
Email: info@glfny.com

November 9, 2026

VIA ECF

MEMORANDUM ENDORSED

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, New York 10007

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Manuel Moses, Esq., et al. v. U.S. Securities and Exchange Commission,
Case No. 1:26-cv-06475-LAK-GWG
Joint Status Letter and Request for Adjournment of Summary Judgment Briefing Schedule

Dear Judge Kaplan and Magistrate Judge Gorenstein:

We represent Plaintiffs Manuel Moses, Esq. and Moses Law Office of New York PLLC ("Plaintiffs") in the above-referenced Freedom of Information Act ("FOIA") action. Following the parties' October 20, 2026 joint status letter (ECF 32), the parties have continued to confer regarding the search methodology described in Defendant United States Securities and Exchange Commission's ("SEC" or "Defendant") October 6, 2026 draft declaration. We write jointly to advise the Court of a supplemental search agreement reached by the parties and to respectfully request an adjournment of the current summary judgment briefing schedule to permit the completion of these searches.

I. Status of the Parties' Supplemental Search Agreement

As detailed in the October 20, 2026 joint status letter, Plaintiffs challenged the adequacy of the SEC's search under Count II (Request No. 26-01424-FOIA / Appeal No. 26-00515-APPS), noting among other items that the agency's search of the Division of Enforcement database was restricted to a single third-party entity name ("imec") and omitted topical keyword searches.

Following further conferral on October 23, October 26, October 28, and November 3, 2026, the SEC has agreed to conduct supplemental searches across the databases and relevant custodian emails of the Office of the Chief Accountant ("OCA"), the Division of Corporation Finance, and the Division of Enforcement. Specifically:

1. Plaintiffs have provided targeted Boolean keyword combinations (including terms addressing useful-life assumptions, Form 10-K disclosures, ASC 360 depreciation schedules, and sub-10nm hardware failure metrics) to be applied across custodian emails and internal databases.
2. To address the indexing parameters of the Division of Enforcement's database, Plaintiffs have provided a list of specific corporate entities and research hubs to be searched and cross-referenced against Plaintiffs' FOIA requests.
3. The searches will encompass the date range of January 1, 2023 through the date the searches are executed.

Plaintiffs have agreed to this supplemental search protocol while expressly reserving all rights with respect to both Count I (Remand No. 26-00068-REMD / Request No. 26-01371-FOIA) and Count II, including Plaintiffs' demand for a formal Vaughn index and, if warranted, in camera review of the 9-page OCA technical accounting memorandum currently withheld in full under FOIA Exemption 5 (5 U.S.C. § 552(b)(5)).

II. Proposed Revised Summary Judgment Briefing Schedule

To allow the SEC sufficient time to execute the supplemental database and email searches, review potentially responsive records, and update its declarations prior to motion practice, the parties respectfully request that the Court adjourn the current briefing schedule set forth in ECF 31 and 32.

The Parties agree to submit a Joint Status Report by December 1, 2026, with an update on the SEC's progress related to its supplemental database and email searches, a proposed timeline for production of any responsive documents and the *Vaughn* index, and a briefing schedule to file Motions for Summary Judgment if disputed issues remain after the production of any documents and the *Vaughn* index.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Alvin C. Gordon
Alvin C. Gordon, Esq.
GORDON LAW FIRM OF NEW YORK, LLP
236 West 26th Street, Suite 303
New York, New York 10001
Tel: (212) 766-2200

Email: alvincgordon.esq@gmail.com

Manuel Moses, Esq.
MOSES LAW OFFICE OF NEW YORK PLLC
236 West 26th Street, Suite 303
New York, New York 10001
Tel: (212) 736-2624 x11
Email: manuelmoses@icloud.com
Attorneys for Plaintiffs Manuel Moses, Esq. and
Moses Law Office of New York PLLC /s/

Melinda Hardy,
Assistant General Counsel
Meghan Campbell,
Senior Counsel
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E. Washington, D.C. 20549
Tel: (202) 551-5149
Email: hardym@sec.gov
Counsel for Defendant U.S. Securities and Exchange Commission

cc: All Counsel of Record (via ECF)

Application granted. The briefing schedule is adjourned sine die. The parties shall file a joint status report on or before December 1, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 9, 2026